**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 99-50375

YOLANDA M. REY,

Plaintiff-Appellant,

VERSUS

EL PASO INDEPENDENT SCHOOL DISTRICT,
Estanislado Paz, Superintendent,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas, El Paso Division
(EP-98-CV-204-H)

March 8, 2000

Before HIGGINBOTHAM and PARKER, Circuit Judges, and WARD,[*] District Judge:

PER CURIAM:[**]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*]District Judge of the Eastern District of Texas, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.